# MARIA STEINGRUBE v. CITY OF ST. PAUL.[1]

May 17, 1912.

Nos. 17,521—(73).

**Case followed.**

Action in the district court for Ramsey county to recover $1,500, damages caused by the grading of a street. From an order, Dickson, J., sustaining plaintiff's demurrer to the fifth, sixth and seventh paragraphs of the answer, defendant appealed. Affirmed.

*O. H. O'Neill* and *J. P. Kyle,* for appellant.

*John J. Kirby* and *J. C. Michael,* for respondent.

PER CURIAM.

Appeal from an order sustaining a demurrer to certain defenses interposed to the answer, submitted on the same argument as the case of Hirsch v. City of St. Paul, supra, page 476, 136 N. W. 269.

Order affirmed.